# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

IN THE MATTER OF:
NARA MARIA MATIAS CANINO

Debtor(s)

CASE NO: 13-10016 ESL

CHAPTER 13

## NOTICE OF §341 MEETING OF CREDITORS

You are hereby notified that the meeting of creditors in this case has been rescheduled for January 22, 2014 at 11:30 A.M.

This meeting will take place at Ochoa Building, Calle Tanca, esquina Calle Comercio, Viejo San Juan.

## CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

The undersigned attorney certifies that on this same date, the Notice of Continuance dated January 11, 2014 (docket #7) was notified to Wigberto Mendez Lugo, Esq., Chapter 7 Trustee Centro Internacional de Mercadeo, State Rd 165, Torre 1, Ste 501, Guaynabo, PR 00968, to Monsita Lecaroz-Arribas, Esq., Assistant United States Trustee, Office of the United States Trustee, Edificio Ochoa, 500 Tanca St., Suite 301, San Juan, PR, 00901-1922 and to all parties stated on the attached Master Address List by regular mail using the U.S. Regular Postal Service   Respectfully submitted,

In Vega Baja, Puerto Rico this January 11, 2014

s/ Juan O. Calderón Lithgow
JUAN O. CALDERON LITHGOW
ATTORNEY FOR DEBTOR,
205607
APARTADO 1710
VEGA BAJA, PR 00694-1710
TEL.: 787-858-5476
email: caldlithlaw@gmail.com

```
NARA MARIA MATIAS CANINO
PO BOX 4113
VEGA BAJA, PR 00694-4113

JUAN O. CALDERON-LITHGOW
JUAN O. CALDERON-LITHGOW
P.O. BOX 1710
VEGA BAJA, P. 00694-1710

DEPTO. DE HACIENDA
SECC CERTIFICACION
BOX 4515, OFIC 405
SAN JUAN, PR 00936

FEDERAL LITIGATION DIV.
DEPT. OF JUSTICE
PO BOX 192
SAN JUAN, PR 00902

CITIFINANCIAL
ATTN: BANKRUPTCY DEPT
PO BOX 140069
IRVING, TX 75014

COMENITYBANK/MARIANNES
ATTN: BANKRUPTCY
PO BOX 182686
COLUMBUS, OH 43218

COOP A/C VEGA ALTA
PO BOX 1078
VEGA ALTA, PR 00692

OPERATING PARTNERS CO INC
PO BOX 194499
SAN JUAN, PR 00919

OSVALDO L RODRIGUEZ
EDF PLAZA 221
AV PONCE DE LEON SUITE 1104
SAN JUAN, PR 00917

PR ACQUISITIONS, LLC.
PO BOX 194499
SAN JUAN, PR 00919-4499

SCOTIABANK
PO BOX 362649
SAN JUAN, PR 00936-2649

SECURITY CREDIT SERVICE
PO BOX 1156
OXFORD, MS 38655
```